# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| NICOLE BLUEFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>PERFORMANT RECOVERY, INC.,<br><br>　　　　Defendant. | Case No.: 15-cv-1328<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Hon. Pamela Pepper |

Plaintiff Nicole Blueford, by counsel, Ademi & O'Reilly, LLP, and Defendant Performant Recovery, Inc., by counsel, Bassford Remele, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant Performant Recovery, Inc., are dismissed with prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 16th day of February 2016.

| ADEMI & O'REILLY, LLP | BASSFORD REMELE |
|---|---|
| /s/ Mark A. Eldridge | /s/ Michael A. Klutho |
| Shpetim Ademi (SBN 1021729) | Michael A. Klutho |
| John D. Blythin (SBN 1046105) | 33 South Sixth Street, Suite 3800 |
| Mark A. Eldridge (SBN 1089944) | Minneapolis, MN 55402 |
| 3620 East Layton Avenue | Tel: (612) 376-1619 |
| Cudahy, WI 53110 | Fax: (612) 746-1219 |
| Tel: (414) 482-8000 | Email: mklutho@bassford.com |
| Fax: (414) 482-8001 | *Attorneys for Defendant* |
| E-mail: meldridge@ademilaw.com | |
| *Attorneys for Plaintiff* | |